IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIRELL TAYLOR,

    Plaintiff,                    No. CIV S-05-1412 GEB KJM P

    vs.

MIKE KNOWLES, et al.,

    Defendants.            <u>ORDER</u>

_____/

        Plaintiff is a state prison inmate proceeding pro se with a civil rights action under 42 U.S.C. § 1983.  He has filed three motions: a motion for summary judgment, filed January 23, 2006; a motion for a transfer to a different prison, filed February 6, 2006; and a "request for a 'letter of discharge/payment for money tendered for filing fees," filed February 9, 2006.

        Plaintiff's motion for summary judgment does not include a statement of undisputed facts and so does not comply with Local Rule 56-260(a).  Moreover, it relies on unauthenticated documents.  <u>See</u> Fed. R. Evid. 901.  Because it does not comply with the rules governing summary judgment, it will be denied.

        Plaintiff seeks a transfer to another institution with a better law library.  However, he has not suggested he is under any obligation to submit documents within a time certain and thus has not demonstrated that his right of access to the courts is being impaired.

Finally, to the extent plaintiff's February 9 filing is comprehensible, it appears he is seeking an order revoking this court's order directing that money be taken from his prison trust account to pay the filing fee for this action. Plaintiff claims to have discharged this obligation by presenting a "Bonded Negotiable International Bill of Exchange" for the outstanding amount. This claim is frivolous.

IT IS HEREBY ORDERED:

1. Plaintiff's January 23, 2006 motion for summary judgment is denied without prejudice.

2. Plaintiff's February 6, 2006 motion for a transfer is denied.

3. Plaintiff's February 9, 2006 motion is denied.

DATED: May 2, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

2
tayl1412.mm