IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIRELL TAYLOR,

        Plaintiff,                No. CIV S-05-1412 GEB KJM P

    vs.

MIKE KNOWLES, et al.,

        Defendants.        <u>ORDER</u>

_____/

        In light of the pending motion for summary judgment, the dates for filing pretrial statements, the pretrial conference and trial are hereby vacated.

        IT IS SO ORDERED.

DATED: January 8, 2007.

_____
U.S. MAGISTRATE JUDGE

2
tayl1412.vso

1