IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIRELL TAYLOR,

        Plaintiff,                    No. CIV S-05-1412 GEB KJM P

    vs.

MIKE KNOWLES, et al.,

        Defendant.               <u>ORDER</u>

_____/

        Plaintiff is a state prison inmate proceeding pro se with a civil rights action under 42 U.S.C. § 1983. He has filed a motion to compel discovery, explaining that he could not timely serve his interrogatories because he was placed in administrative segregation close to the date for serving his discovery requests and had "no opportunity to write, photocopy or file any legal documents." Motion (MTC) at 1. Plaintiff avers that when he was released from segregation, after the date for serving discovery requests, he mailed interrogatories to defendants' counsel; counsel replied that there would be no response because the interrogatories were late. MTC at 1 & Attach. 3.

/////

/////

/////

1

1  Plaintiff's remedy was to file a motion, even a late motion, for an extension of
2  time in which to conduct discovery instead of seeking to compel discovery when the original
3  request was late, whatever the circumstances.  See Turnage v. General Elec. Co., 953 F.2d 206,
4  208-09 (5th Cir. 1992).
5  IT IS HEREBY ORDERED that plaintiff's motion to compel (docket no. 27) is
6  denied.
7  DATED: June 1, 2007.

_____
U.S. MAGISTRATE JUDGE

2
tayl1412.mtc