IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIRRELL TAYLOR,

    Plaintiff,                      2:05-cv-1412-GEB-KJM-P

    vs.

MIKE KNOWLES, et al.,

    Defendants.             <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On August 13, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed August 13, 2007, are adopted in full;

2. Plaintiff's motions for summary judgment (docket nos. 13 & 34) are denied; and

3. Defendants' motion for summary judgment (docket no. 31) is denied.

Dated: September 13, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge