EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MONICA N. ANDERSON
Supervising Deputy Attorney General
CHRISTOPHER J. BECKER, State Bar No. 230529
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-2201
 Fax: (916) 324-5205
 Email: Christopher.Becker@doj.ca.gov

Attorneys for Defendants Frishman, Gaerlan, Johnson,
Kennedy, Nelson, Sichler, Vasquez and Ventimiglia

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KIRELL TAYLOR,**<br><br>                                             Plaintiff,<br><br>     v.<br><br>**MIKE KNOWLES, et al.,**<br><br>                                             Defendants. | 2:05-cv-1412 GEB KJM P<br><br>**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Fed. R. Civ. P. 41(a)(1)(ii) |

///
///
///
///
///
///
///
///

**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

1

1     IT IS STIPULATED that, under Federal Rule of Civil Procedure 41(a)(1)(ii), the

2 above entitled action shall be dismissed with prejudice as to all Defendants.

3

4 Dated: 3/23/08                         /s/ Kirell Francis Bettis

5                                         Kirell Taylor (Kirell Francis Bettis)
                                        Plaintiff

6

7

8 Dated: 3/28/08                         /s/ Christopher Becker

9                                        Christopher J. Becker
10                                        Deputy Attorney General
                                       Attorneys for Defendants

11

12     IT IS SO ORDERED.

13 Dated:  April 3, 2008.

14 05cv1412.o.0403.wpd
15 SA2006300481                                 U.S. MAGISTRATE JUDGE

**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

2